UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Charles Frederic Hibbard,                  Civil No. 04-4926 (RHK/FLN)

    Petitioner,

    v.                                         **O R D E R**

W. I. LeBlanc, Jr., Warden,

    Respondent.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 20, 2005, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED**:

1. The Report and Recommendation (Doc. No. 11) is **ADOPTED**; and

2. Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**.

Dated: August 15, 2005

                                                         s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge